USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSS H. MANDELL,

                     Petitioner,

              -against-

NICHOLAS SPENCER REEVE, Individually and
on Behalf of Prostar 2000,

                     Respondents.
------------------------------------------------------------X
NICHOLAS SPENCER REEVE, Individually and
on Behalf of Prostar 2000,

                     Cross-Petitioner,

            -against-

GRANTA CAPITAL GROUP LLC, MICHAEL R.
PASSARO, ROSS H. MANDELL, and STEPHEN
W. SHEA,

                     Cross-Respondents.
------------------------------------------------------------X

10 **CIVIL** 6530 (RJS)(KNF)

**JUDGMENT**

#11,2205

10 **CIVIL** 7389 (RJS)(KNF)

        Whereas by Memorandum and Order dated October 4, 2011, the Court having granted the Petition to Confirm an Arbitral Award brought by Nicholas Reeve, individually and on behalf of Prostar 2000 ("Reeve"), against Granta Capital Group LLC ("GCG"), Michael R. Passaro ("Passaro"), Stephen W. Shea ("Shea"), and Herbert H. Mandell ("Mandel"), and the matter having been brought before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on November 10, 2011, having issued its Order directing the Clerk of the Court to enter final judgment as follows:

1.    Mandell, GCG, Passaro, and Shea are jointly and severally liable for and shall pay to Reeve $367,595.00.

2.    Mandell, GCG, Passaro, and Shea are jointly and severally liable for and shall pay to Reeve interest at the rate of 9% per annum on damages of $217,295.00 from July 9, 2006 until

1

payment of the Award.

3.  Mandell, GCG, Passaro, and Shea are jointly and severally liable for and shall pay to Reeve interest at the rate of 9% per annum on damages of $150,000.00 from August 11, 2004 until payment of the Award.

4.  GCG, Passaro, and Shea are jointly and severally liable for and shall pay to Reeve $6,112.50 in attorney's fees and $995.34 in costs, and

directing the Clerk of the Court to further close both of these cases, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 10, 2011, final judgment is entered as follows:

1.  Mandell, GCG, Passaro, and Shea are jointly and severally liable for and shall pay to Reeve $367,595.00.

2.  Mandell, GCG, Passaro, and Shea are jointly and severally liable for and shall pay to Reeve interest at the rate of 9% per annum on damages of $217,295.00 from July 9, 2006 until payment of the Award.

3.  Mandell, GCG, Passaro, and Shea are jointly and severally liable for and shall pay to Reeve interest at the rate of 9% per annum on damages of $150,000.00 from August 11, 2004 until payment of the Award.

4.  GCG, Passaro, and Shea are jointly and severally liable for and shall pay to Reeve $6,112.50 in attorney's fees and $995.34 in costs;

accordingly, both of these cases are closed.

**Dated:** New York, New York
November 15, 2011

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____